IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARRY WHEELER, DAVID KEETON,
MARAL KEETON and
VINCENT PARISI, individually
and on behalf of those similarly
situated,

Plaintiffs,

v.

THE PENSION VALUE PLAN
FOR EMPLOYEES OF THE BOEING
COMPANY and MCDONNELL DOUGLAS
CORPORATION,

Defendants.                                          No. 06-0500-DRH

## MEMORANDUM and ORDER

**HERNDON, District Judge:**

      Pending before the Court is Plaintiffs' motion to stay count II (Doc. 17). Specifically, Plaintiffs move the Court to stay Count II of their complaint pending a ruling from the United States Supreme Court on a petition for a writ of certiorari in the case of ***Cooper v. IBM Personal Pension Plain*, 436 F.3d 636 (7th Cir. 2006)**.[1] Plaintiffs allege in Count II of their complaint that the case balance formula violates ERISA § 204(b)(1)(H) for the same reason that the IBM Plan allegedly violated ERISA § 204(b)(1)(H). Defendants oppose the motion.

---

[1] On August 7, 2006, the Seventh Circuit Court of Appeals issued a decision finding that the IBM Plan does not violate the age discrimination provisions in ERISA § 204(b)(1)(H) and reversing the district court.

Plaintiffs advise the Court that the plaintiffs in *Cooper* are preparing a a petition for writ of certiorari in the United States Supreme Court. Thus, the Court finds that a stay of Count II of Plaintiffs' complaint in this matter is appropriate. The Court **GRANTS** the motion to stay and **STAYS** Count II of Plaintiffs' complaint pending the appeal of the Seventh Circuit's decision in *Cooper*. The parties shall advise the Court, via written notice, once the United States Supreme Court acts on the *Cooper* plaintiffs' petition for writ of certiorari.

**IT IS SO ORDERED.**

Signed this 2nd day of November, 2006.

/s/      David  RHerndon
**United States District Judge**