## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LARRY WHEELER, DAVID KEETON,**
**MARAL KEETON and**
**VINCENT PARISI, individually**
**and on behalf of those similarly**
**situated,**

**Plaintiffs,**

**v.**

**THE PENSION VALUE PLAN**
**FOR EMPLOYEES OF THE BOEING**
**COMPANY and MCDONNELL DOUGLAS**
**CORPORATION,**

**Defendants.**                                                             **No. 06-0500-DRH**

### ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiffs' motion for leave to file a response to Defendants' motion to dismiss (Doc. 11) with respect to the allegations made in Count II (Doc. 33). Plaintiffs ask the Court to allow them up to and including February 9, 2007 to respond. Said motion is **GRANTED**. The Court **ALLOWS** Plaintiffs up to and including February 9, 2007 to file their response.

**IT IS SO ORDERED.**

Signed this 25th day of January, 2007.

/s/        David   RHerndon
**United States District Judge**