## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**LARRY WHEELER, DAVID KEETON,**
**MARAL KEETON, and VINCENT PARISI,**
**Individually and on behalf of all those similarly situated,**

      **Plaintiffs,**

**v.**

**PENSION VALUE PLAN FOR EMPLOYEES OF**
**THE BOEING COMPANY, THE BOEING COMPANY,**
**and MCDONNELL DOUGLAS CORPORATION, a**
**wholly owned subsidiary of THE BOEING COMPANY,**

      **Defendants.**                                  **Case No. 06-cv-500-DRH**

### JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.** This action came before the Court on a motion to dismiss on behalf of Defendants Pension Value Plan for Employees of the Boeing Company, Boeing Company, and McDonnell Douglas Corporation.

      **IT IS ORDERED AND ADJUDGED** that the Complaint of Plaintiffs Larry Wheeler, David Keeton, Maral Keeton, and Vincent Parisi is **DISMISSED with prejudice**.

                                           **NORBERT G. JAWORSKI, CLERK**

March 13, 2007.                                   BY: s/ Patricia Brown
                                                   Deputy Clerk

APPROVED: s/  David  RHerndon
              **U.S. DISTRICT JUDGE**